### 30101. FALLON *v.* THE STATE.

MacINTYRE, J. The motion for new trial contains only the general grounds. The evidence for the State, if credible, was sufficient to support the ver-

dict. The jury being the judges of the weight of the evidence this court can not disturb the judgment refusing a new trial.

*Judgment affirmed. Broyles, C. J., and Gardner, J., concur.*

DECIDED APRIL 30, 1943.

*Joseph O. McGehee,* for plaintiff in error.
*J. R. Thompson Jr.,* solicitor, contra.